# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| IN RE EKSO BIONICS HOLDING CORP. DERIVATIVE LITIGATION | Case No.: 3:18-cv-01348 |
|---|---|
| This Document Relates To: ALL DERIVATIVE ACTIONS | [PROPOSED] ORDER |

**AND NOW**, this 23rd day of January 2019, upon consideration of the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice.

DATED: January 23, 2019

_____
The Honorable Charles R. Breyer
United States District Judge